No. 76–6000.   CAVER *v.* ALABAMA; and WHITE *v.* ALABAMA. C. A. 5th Cir.   Certiorari denied.

No. 76–6002.   ROY *v.* MANCHESTER GAS Co.   C. A. D. C. Cir.   Certiorari denied.

No. 76–6006.   FELIX *v.* CARDWELL, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 76–6008.   CAMPISE *v.* HAMILTON, SHERIFF.   C. A. 5th Cir.   Certiorari denied.

No. 76–6013.   TRIBBITT *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA.   C. A. 5th Cir.   Certiorari denied.

No. 76–6015.   MOTTU *v.* ESTELLE, CORRECTIONS DIRECTOR. Ct. Crim. App. Tex.   Certiorari denied.

No. 76–6022.   BRADLEY *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 76–6098.   MELVIN ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 76–6108.   OSBORNE *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 76–6110.   SLEDGE *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 76–6123.   TEFSA, AKA TEFFA *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 76–6128.   DANISE *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 76–6137.   POWLESS *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.